AO 442(Rev. 12/85) Warrant for Arrest

## United States District Court
### DISTRICT OF DELAWARE

**UNITED STATES OF AMERICA**

**v.**

**WARRANT FOR ARREST**

~~SEALED~~

**OSCAR LAINES**
a/k/a "Oscar Lainez"

CASE NUMBER: 07- 2 12 M

CR 07-147

```
F I L E D
NOV  1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

**To: The United States Marshal**
**and any Authorized United States Officer**

   YOU ARE HEREBY COMMANDED to arrest OSCAR LAINES and bring him to the nearest magistrate to answer **a(n)**

___ Indictment    ___ Information    **X** Complaint    ___ Order of court    ___ Violation Notice    ___ Probation Violation Petition

**charging him with (brief description of offense)**

knowingly transferring an identification document, knowing that such document was stolen or produced without lawful authority; knowingly possessing with intent to use unlawfully or transfer unlawfully five or more identification documents; knowingly transferring, possessing, or using, without lawful authority, a means of identification of another person with the intent to commit, aid, and abet, or in connection with, an unlawful activity that constitutes a violation of Federal law; knowingly trafficking in actual identification features for use as a means of identification; knowingly buying and selling a card, and possessing with the intent to sell a card, that is, and purports to be, a social security card; and conspiracy to commit the same,

**in violation of 18 U.S.C. §§ 371, 1028(a)(2), 1028(a)(3), 1028(a)(7), 1028(a)(8); and 42 U.S.C. § 408(a)(7)(C).**

| | |
|---|---|
| **Honorable Mary Pat Thynge** | **United States Magistrate Judge** |
| Name of Issuing Officer | **District of Delaware** |
| | Title of Issuing Officer |
| | |
| Signature of Issuing Officer | Wilmington, Delaware |
| | Date and Location |
| **Bail fixed at $** _No Bail_ | **by** _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |

| DATE RECEIVED Oct 29, 2007 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST Oct 31, 2007 | Yvette Thomas - U.S. Postal Inspector | Yvette A. Thomas |