UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>**OSCAR LAINES**<br><br>            Defendant. | )<br>)<br>)<br>)<br>)    CASE NO. **CR 07-147-UNA**<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

The defendant, upon entering a plea of not guilty to the Indictment on **NOVEMBER 8, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *November 27, 2007* The time between the date of this order and *November 27, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
NOV -8 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE