IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-147 GMS |
| | ) |
| OSCAR LAINES | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 1st day of February 2008,

IT IS ORDERED that the change of plea hearing previously scheduled for January 30, 2008, is rescheduled to **Monday, February 11, 2008, at 3:15 p.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

IT IS FURTHER ORDERED that the time between this Order and the **February 11, 2008,** plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(I).

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE