IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal No. 07-147 GMS |
| | ) |
| OSCAR LAINES | ) |
| | ) |
| Defendant. | ) |

**ORDER RESCHEDULING SENTENCING**

At Wilmington this 22nd day of April 2008,

IT IS ORDERED that the sentencing hearing previously scheduled for **Thursday, May 15, 2008, at 9:30 a.m.** is rescheduled to **Thursday, May 15, 2008, at 9:00 a.m.** in courtroom 4A, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE