IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-147-GMS |
| | ) | |
| OSCAR LAINES, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Keith M. Rosen, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Count III of the Indictment pursuant to the Memorandum of Plea Agreement dated February 11, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Keith M. Rosen
Assistant United States Attorney

Dated: 5/8/08

IT IS SO ORDERED this 4th day of May, 2008.

_____
HONORABLE GREGORY M. SLEET
Chief Judge, United States District Court